**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven DIVISION**

In re:                                                                                    Case No. 08-31036 LMW
EDER, WESLEY
EDER, SARAH MARIE                                                        (CHAPTER 7)

Debtor(s).

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

✓   The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

___   More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: 4/11/11

ROBERTA NAPOLITANO, Trustee
350 FAIRFIELD AVENUE
BRIDGEPORT, CT  06604
(203) 333-1177

## EXHIBIT A

Case Name:    EDER, WESLEY
Case Number:  08-31036

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| Capital Recovery II<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | 7 | $68.02 | $2.66 | |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 2.66 | $ 0.00 |